UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHEELA URSAL,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>AMAZON.COM, INC.,<br><br>       Defendant - Appellee. | No. 20-35537<br><br>D.C. No. 2:19-cv-01701-BJR<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

      The judgment of this Court, entered December 16, 2021, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT

                                          By: Rhonda Roberts
                                          Deputy Clerk
                                          Ninth Circuit Rule 27-7